REUBEN W. SHACKLEY, Respondent, *v.* THE NORTH MISSOURI COAL AND MINING COMPANY, Appellant.

1. *Practice, Supreme Court — Ten per cent. damages.* — When an appeal is destitute of merit, ten per cent. damages may be awarded.

*Appeal from Ray Court of Common Pleas.*

*Carr & Dunn*, for appellant.

*Garner & Shotwell*, for respondent.

BLISS, Judge, delivered the opinion of the court.

There is no foundation for the appeal in this case. The cause was submitted to the court, no declarations of law were asked, the evidence on both sides was submitted without objection, and the finding of the court was fully warranted by it.

. Let the judgment be affirmed, with ten per cent. damages. The other judges concur.